IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK FEHLMAN,

    Plaintiff,

  v.                                                               Case No. 21-cv-362-jdp

JAMES MANKOWSKI,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant James Mankowski against plaintiff Patrick Fehlman dismissing this case.

    s/V. Olmo, Deputy Clerk                3/1/2022
    Peter Oppeneer, Clerk of Court           Date