IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK FEHLMAN,

      Plaintiff,

v.                                                                     Case No. 21-cv-362-jdp

JAMES MANKOWSKI,
in his individual capacity,

      Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that the plaintiff, Patrick Fehlman, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 1, 2022.

Respectfully submitted, this 23rd day of March, 2022.

                                                   **GINGRAS THOMSEN & WACHS LLP**
                                                   Attorney for Plaintiff-Appellant

                                                   *s/ Paul A. Kinne*
                                                   Paul A. Kinne
                                                   State Bar Number: 1021493

8150 Excelsior Drive
Madison, WI 53717
Tel:    (608) 833-2632
Fax:   (608) 833-2874
Email: kinne@gtwlawyers.com